IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS : | Transferor District Court Western District of Louisiana |
| v. : | |
| CERTAIN DEFENDANTS : | |

**O R D E R**

**STATUS AND SCHEDULING CONFERENCE**

FILED
MAR 12 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**AND NOW**, this **4th** day of **March, 2010**, it is hereby **ORDERED** that a status and scheduling conference will be held in the captioned cases[1] on **Tuesday, March 30th, 2010** at **10:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case.

It is further **ORDERED** that failure to appear at the conference shall result in the dismissal of the case without prejudice.

It is further **ORDERED** that, as to all open cases, counsel for the plaintiff shall be prepared to provide at the hearing the following information:

a.) Certification of compliance with Administrative

---

[1] See Exhibit "A", attached, for listing of individual cases. The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl875.asp.

Orders no. 12, 12 as amended, and 14.

b.) Any motions pending.

c.) Certification that Plaintiff has filed any necessary amended complaints and paid all required filing fees.

d.) A list of unsettled defendants in each case and a proposed order dismissing the remaining viable defendants that are listed on the docket.

It is further **ORDERED** that if a Defendant wishes to challenge the sufficiency of an individual Plaintiff's Administrative Order no. 12 submission, at the hearing Defendant should be prepared to assert the specific reasons why Plaintiff has not fulfilled the requirements of Administrative Order no. 12. If compliance is contested, a hearing will be held on a subsequent date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the

list, and appropriate orders will be entered.[2]

It is further **ORDERED** that, if any of the attached cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

**AND IT IS SO ORDERED**

EDUARDO C. ROBRENO, J.

---

[2] If a case listed in the attached Exhibit has been referred to a Magistrate Judge for settlement, that case will not be heard at this conference. In order to ensure that any such cases are removed from the list, please contact to Court and provide the specific case number(s) and plaintiff name(s) which must be removed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875

| Case Number | Plaintiff | Filed Date | Flag |
|---|---|---|---|
| 2:07-cv-74053-ER | EDWARD TARVER | 12/10/2007 | LA-W |
| 2:07-cv-74053-ER | NORMA BELLE TARVER | 12/10/2007 | LA-W |
| 2:07-cv-74054-ER | FRANCIS WALKER | 12/10/2007 | LA-W |
| 2:07-cv-74054-ER | HEWEY WALKER | 12/10/2007 | LA-W |
| 2:07-cv-74055-ER | LENNIE COUVILLION | 12/10/2007 | LA-W |
| 2:07-cv-74055-ER | WILBERT COUVILLION | 12/10/2007 | LA-W |
| 2:07-cv-74056-ER | JIMMY NUGENT | 12/10/2007 | LA-W |
| 2:07-cv-74056-ER | BARBARA NUGENT | 12/10/2007 | LA-W |
| 2:07-cv-74057-ER | IRA DOBERNIG | 12/10/2007 | LA-W |
| 2:07-cv-74057-ER | LOUISE DOBERNIG | 12/10/2007 | LA-W |
| 2:07-cv-74058-ER | JOY DENBY | 12/10/2007 | LA-W |
| 2:07-cv-74058-ER | ARNOLD DENBY | 12/10/2007 | LA-W |
| 2:07-cv-74059-ER | EZOLA GARRETT | 12/10/2007 | LA-W |
| 2:07-cv-74059-ER | THOMAS GARRETT | 12/10/2007 | LA-W |
| 2:07-cv-74060-ER | MARY DARTEZ | 12/10/2007 | LA-W |
| 2:07-cv-74061-ER | GARY FAUL | 12/10/2007 | LA-W |
| 2:07-cv-74061-ER | ROSE FAUL | 12/10/2007 | LA-W |
| 2:07-cv-74061-ER | RONALD FAUL | 12/10/2007 | LA-W |
| 2:07-cv-74062-ER | MICHAEL STRIEDEL | 12/10/2007 | LA-W |
| 2:07-cv-74062-ER | PAUL STRIEDEL | 12/10/2007 | LA-W |
| 2:07-cv-74062-ER | SHONNA STRIEDEL THOM | 12/10/2007 | LA-W |
| 2:07-cv-74062-ER | DALTON STRIEDEL | 12/10/2007 | LA-W |
| 2:07-cv-74062-ER | DALTON STRIEDEL | 12/10/2007 | LA-W |
| 2:07-cv-74062-ER | CAROLYN STRIEDEL | 12/10/2007 | LA-W |
| 2:07-cv-74063-ER | PAUL HAYMES | 12/10/2007 | LA-W |
| 2:07-cv-74063-ER | E HAYMES | 12/10/2007 | LA-W |
| 2:07-cv-74064-ER | EVELYN RAMSEY | 12/10/2007 | LA-W |
| 2:07-cv-74066-ER | JOHN MAXEY | 12/10/2007 | LA-W |
| 2:07-cv-74066-ER | KATHRYN MAXEY | 12/10/2007 | LA-W |
| 2:07-cv-74067-ER | MILDRED ELLIS | 12/10/2007 | LA-W |
| 2:07-cv-74068-ER | ELIE CHAMPAGNE | 12/10/2007 | LA-W |
| 2:07-cv-74069-ER | JAMES WILSON | 12/10/2007 | LA-W |
| 2:07-cv-74069-ER | SHIRLEY WILSON | 12/10/2007 | LA-W |
| 2:07-cv-74070-ER | JANET GWYN | 12/10/2007 | LA-W |
| 2:07-cv-74070-ER | LENA GWYN | 12/10/2007 | LA-W |
| 2:07-cv-74070-ER | JOSEPH GWYN | 12/10/2007 | LA-W |
| 2:07-cv-74070-ER | DEBORAH GWYN | 12/10/2007 | LA-W |
| 2:07-cv-74071-ER | LEVERETT KYLE | 12/10/2007 | LA-W |
| 2:07-cv-74071-ER | EVELYN KYLE | 12/10/2007 | LA-W |
| 2:07-cv-74072-ER | EDGAR GORDAN | 12/10/2007 | LA-W |
| 2:07-cv-74073-ER | FLORENCE BOULEY | 12/10/2007 | LA-W |
| 2:07-cv-74073-ER | MILTON BOULEY | 12/10/2007 | LA-W |
| 2:07-cv-74074-ER | JAMES WOOD | 12/10/2007 | LA-W |
| 2:07-cv-74074-ER | ELAINE WOOD | 12/10/2007 | LA-W |
| 2:07-cv-74075-ER | LINDA CRYER | 12/10/2007 | LA-W |
| 2:07-cv-74076-ER | LOUIS ALLEMAN | 12/10/2007 | LA-W |
| 2:07-cv-74076-ER | BARBARA ALLEMAN | 12/10/2007 | LA-W |
| 2:07-cv-74078-ER | RANDALL RANDALL | 12/10/2007 | LA-W |
| 2:07-cv-74078-ER | TROY RYDER | 12/10/2007 | LA-W |
| 2:07-cv-74078-ER | GLORIA RYDER | 12/10/2007 | LA-W |
| 2:07-cv-74078-ER | VICTOR RYDER | 12/10/2007 | LA-W |

| Case | Name | Date | Court |
|---|---|---|---|
| 2:07-cv-74080-ER | EARL BABIN | 12/10/2007 | LA-W |
| 2:07-cv-74081-ER | DEWANNA HAYDEN | 12/10/2007 | LA-W |
| 2:07-cv-74081-ER | BOBBY HAYDEN | 12/10/2007 | LA-W |
| 2:07-cv-74082-ER | JOSEPH JONES | 12/10/2007 | LA-W |
| 2:07-cv-74083-ER | JOHN GERETY | 12/10/2007 | LA-W |
| 2:07-cv-74084-ER | HUEY HANKINS | 12/10/2007 | LA-W |
| 2:07-cv-74086-ER | CHARLES MCCALLUM | 12/10/2007 | LA-W |
| 2:07-cv-74086-ER | ELAINE MCCALLUM | 12/10/2007 | LA-W |
| 2:07-cv-74087-ER | BILLY BROWN | 12/10/2007 | LA-W |
| 2:07-cv-74088-ER | LEO CANTRELL | 12/10/2007 | LA-W |
| 2:07-cv-74088-ER | ROBERTA CANTRELL | 12/10/2007 | LA-W |
| 2:07-cv-74089-ER | KEITH PERRY | 12/10/2007 | LA-W |
| 2:07-cv-74089-ER | LAVENIA PERRY | 12/10/2007 | LA-W |
| 2:07-cv-74090-ER | JAMES PICKERING | 12/10/2007 | LA-W |
| 2:07-cv-74090-ER | EULA PICKERING | 12/10/2007 | LA-W |
| 2:07-cv-74091-ER | MARY SCARBROUGH | 12/10/2007 | LA-W |
| 2:07-cv-74091-ER | FELIX SCARBROUGH | 12/10/2007 | LA-W |
| 2:07-cv-74092-ER | BILLY COPELAND | 12/10/2007 | LA-W |
| 2:07-cv-74092-ER | VALERIE COPELAND | 12/10/2007 | LA-W |
| 2:07-cv-74093-ER | DONALD JOHNSON | 12/10/2007 | LA-W |
| 2:07-cv-74093-ER | SHELLEY JOHNSON | 12/10/2007 | LA-W |
| 2:07-cv-74094-ER | STANLEY LUCAS | 12/10/2007 | LA-W |
| 2:07-cv-74094-ER | MARY WOODCOCK LUCAS | 12/10/2007 | LA-W |
| 2:07-cv-74095-ER | RUBY ABERCROMBIE | 12/10/2007 | LA-W |
| 2:07-cv-74095-ER | GERRY HOLMAN ABERCR | 12/10/2007 | LA-W |
| 2:07-cv-74095-ER | SHARALYN ABERCROMBI | 12/10/2007 | LA-W |
| 2:07-cv-74095-ER | PATRICIA ABERCROMBIE | 12/10/2007 | LA-W |
| 2:07-cv-74096-ER | JAMES HALE | 12/10/2007 | LA-W |
| 2:07-cv-74097-ER | SUSIE HAAG | 12/10/2007 | LA-W |
| 2:07-cv-74098-ER | DENA BUTLER REED | 12/10/2007 | LA-W |
| 2:07-cv-74098-ER | ANGELA BUTLER HALL | 12/10/2007 | LA-W |
| 2:07-cv-74099-ER | EARL STOWELL | 12/10/2007 | LA-W |
| 2:07-cv-74099-ER | RALPH STOWELL | 12/10/2007 | LA-W |
| 2:07-cv-74099-ER | EVA STOWELL SCHUMAN | 12/10/2007 | LA-W |
| 2:07-cv-74099-ER | EARL STOWELL | 12/10/2007 | LA-W |
| 2:07-cv-74100-ER | ELOISE ROBINSON | 12/10/2007 | LA-W |
| 2:07-cv-74100-ER | OSCAR ROBINSON | 12/10/2007 | LA-W |
| 2:07-cv-74101-ER | PATRICIA MAXEY | 12/10/2007 | LA-W |
| 2:07-cv-74101-ER | DEBORAH TOLIVER ARGU | 12/10/2007 | LA-W |
| 2:07-cv-74101-ER | BARBARA MAXEY POWEL | 12/10/2007 | LA-W |
| 2:07-cv-74101-ER | THERESA MAXEY WILLIA | 12/10/2007 | LA-W |
| 2:07-cv-74101-ER | JOHN MAXEY | 12/10/2007 | LA-W |
| 2:07-cv-74102-ER | WILLIE MCLEMORE | 12/10/2007 | LA-W |
| 2:07-cv-74102-ER | BERBIA MCLEMORE | 12/10/2007 | LA-W |
| 2:07-cv-74103-ER | GENERAL WASHINGTON | 12/10/2007 | LA-W |
| 2:07-cv-74103-ER | SYELUDIA BLANKENSHIP | 12/10/2007 | LA-W |
| 2:07-cv-74104-ER | EXIL HARRISON | 12/10/2007 | LA-W |
| 2:07-cv-74104-ER | LINDA HARRISON GREEN | 12/10/2007 | LA-W |
| 2:07-cv-74104-ER | WILBUR HARRISON | 12/10/2007 | LA-W |
| 2:07-cv-74105-ER | AVERT EDWARDS | 12/6/2007 | LA-W |
| 2:07-cv-74105-ER | JUDITH GREEN | 12/6/2007 | LA-W |
| 2:07-cv-74105-ER | KIRK EDWARDS | 12/6/2007 | LA-W |
| 2:07-cv-74105-ER | BETTY BATES | 12/6/2007 | LA-W |
| 2:07-cv-74106-ER | N BROWN | 12/10/2007 | LA-W |
| 2:07-cv-74106-ER | RONALD BROWN | 12/10/2007 | LA-W |
| 2:07-cv-74106-ER | DONNA SMITH | 12/10/2007 | LA-W |
| 2:07-cv-74106-ER | AGNES BROWN | 12/10/2007 | LA-W |
| 2:07-cv-74106-ER | ANGELA BROWN | 12/10/2007 | LA-W |

| Case | Name | Date | Court |
|---|---|---|---|
| 2:07-cv-74107-ER | EDNA WEAVER | 12/10/2007 | LA-W |
| 2:07-cv-74107-ER | JOAN JONES | 12/10/2007 | LA-W |
| 2:07-cv-74108-ER | HARRY WORSHAM | 12/10/2007 | LA-W |
| 2:07-cv-74110-ER | ERNIE LAMBETH | 12/10/2007 | LA-W |
| 2:07-cv-74110-ER | LARRY LAMBETH | 12/10/2007 | LA-W |
| 2:07-cv-74111-ER | HARRY ALLEN | 12/10/2007 | LA-W |
| 2:07-cv-74112-ER | ELISA ADAMS | 12/10/2007 | LA-W |
| 2:07-cv-74113-ER | WILLIAM HAYES | 12/10/2007 | LA-W |
| 2:07-cv-74113-ER | MAE HAYES | 12/10/2007 | LA-W |
| 2:07-cv-74114-ER | DREAMA DUPONT | 12/10/2007 | LA-W |
| 2:07-cv-74114-ER | LISA ODISHO | 12/10/2007 | LA-W |
| 2:07-cv-74115-ER | PEGGY JOHNSON | 12/10/2007 | LA-W |
| 2:07-cv-74116-ER | NEVELLA KNIEPP | 12/10/2007 | LA-W |
| 2:07-cv-74116-ER | DEWAYNE KNIEPP | 12/10/2007 | LA-W |
| 2:07-cv-74116-ER | JOHNETTE MATHIS | 12/10/2007 | LA-W |
| 2:07-cv-74116-ER | ROBERT KNIEPP | 12/10/2007 | LA-W |
| 2:07-cv-74116-ER | GEORGE KNIEPP | 12/10/2007 | LA-W |
| 2:07-cv-74117-ER | SANDRA NEILSON | 12/10/2007 | LA-W |
| 2:07-cv-74117-ER | LINDA VINCENT | 12/10/2007 | LA-W |
| 2:07-cv-74118-ER | BEVERLY DECUIR | 12/10/2007 | LA-W |
| 2:07-cv-74118-ER | CLAUDE DECUIR | 12/10/2007 | LA-W |
| 2:07-cv-74119-ER | MARY ALFRED | 12/10/2007 | LA-W |
| 2:07-cv-74119-ER | RONALD BUTLER | 12/10/2007 | LA-W |
| 2:07-cv-74119-ER | PATRICIA LOGUE | 12/10/2007 | LA-W |
| 2:07-cv-74120-ER | DANIEL JARRELL | 12/10/2007 | LA-W |
| 2:07-cv-74200-ER | BARRY NOWELL | 12/20/2007 | LA-W |
| 2:08-cv-90352-ER | THOMAS STEPHENS | 10/22/2008 | LA-W |
| 2:09-cv-62584-ER | JOAN MONTALBANO | 2/9/2009 | LA-W |
| 2:09-cv-62584-ER | JOHN MONTALBANO | 2/9/2009 | LA-W |
| 2:09-cv-62584-ER | JASON MONTALBANO | 2/9/2009 | LA-W |